```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    20cr608(DLC)
UNITED STATES OF AMERICA,                :
                                         :         ORDER
           -v-                           :
                                         :
AQUILINO TORRES,                         :
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 12, 2020, the Court received notification that Aquilino Torres has been indicted and is detained at the Metropolitan Correctional Center.  Due to scheduling difficulties associated with the COVID-19 pandemic, it is hereby

ORDERED that pursuant to 18 U.S.C. § 3161 (h)(7)(A), the time from today until December 4, 2020 is excluded in the interest of justice to accommodate scheduling during the pandemic.  This exclusion outweighs the best interest of the defendant and the public in a speedy trial.

IT IS FURTHER ORDERED that defense counsel for Mr. Torres shall notify the Court by Thursday, November 19, 2020 whether the arraignment and initial pretrial conference shall occur in person at the courthouse or remotely using CourtCall.

Dated:    New York, New York
          November 13, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge