```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA,              :      20cr608 (DLC)
                                        :
            -v-                         :           ORDER
                                        :
 AQUILINO TORRES,                       :
                                        :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    On March 1, the Court notified the parties that the Clerk's Office had assigned this case for trial on May 12, instead of the requested date of June 21. As the parties have been advised, the scheduling of trials to be held in the reconfigured courtrooms available for trials during the pandemic is a complex task that requires the Clerk's Office to manage the requests of all parties that need access to juries and courtrooms during the pandemic. Under our district's plan, priority is given to incarcerated defendants. Torres has been incarcerated since November 2, 2020.

    On March 2, defense counsel indicated that she is unavailable for trial on May 12 because she will be engaged in another trial on that date, <u>U.S. v. Chandler</u>. The Torres trial is the only trial scheduled to select a jury on that date in Foley Square; the Chandler case will only proceed to trial on that date if the Torres trial does not. In any event, Ms. Brown

is sole counsel for Torres and Chandler is represented by another attorney with the Federal Defenders Office. It was only this morning that Ms. Brown filed her appearance as additional counsel of record in Chandler.

Defense counsel also indicates that the defendant will not be prepared for trial before June because of unspecified COVID-related delays. It is hereby

ORDERED that defense counsel shall promptly prepare for trial and seek the assistance of the Government if necessary to obtain more access to her client.

IT IS FURTHER ORDERED that a conference will be held on **March 17, 2021 at 11:00 AM** to address these issues. Defense counsel will advise the Court by **March 5 at noon** whether the defendant wishes to appear in court at that conference or prefers to attend remotely, whether through a CourtCall conference, or if that is not reasonably available, through a telephone conference.

SO ORDERED.

Dated:   New York, New York
         March 2, 2021

                                                  _____
                                                  DENISE COTE
                                                  United States District Judge