```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :     20cr608 (DLC)
                                        :
              -v-                       :        ORDER
                                        :
AQUILINO TORRES,                        :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

At the conference held on March 18, 2021 with all parties, the trial date of May 12, 2021 was adjourned to **July 12, 2021.** Accordingly, it is hereby

ORDERED that the May 7, 2021 final pretrial conference is cancelled. A new date will be set at a later time.

Dated:   New York, New York
         March 18, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge