```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :        20cr608(DLC)
                                         :
            -v-                          :        ORDER
                                         :
AQUILINO TORRES,                         :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A grand jury having returned a superseding indictment on April 13, 2021 in this matter, it is hereby

ORDERED that an arraignment is scheduled to occur on **April 30, 2021** at **9:00 AM**. The defendant is incarcerated. Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. If, due to the increase in demand for videoconference proceedings, a videoconference is not available it may be possible to arrange for a telephone conference.

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by **5:00 PM** on **April 22, 2021:**

1) Does the defendant consent to have the proceeding occur as a videoconference?

2) If a videoconference is unavailable, does the defendant consent to have the proceeding occur as a telephone conference?

If the defendant consents to either option, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         April 14, 2021

                                      _____
                                              DENISE COTE
                                      United States District Judge