```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA               :
                                        :
            -v-                         :      20cr608 (DLC)
                                        :
 AQUILINO TORRES,                       :          ORDER
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    Criminal jury trials have resumed in the Southern District of New York. Jury trials are being conducted in compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials require complex planning and coordination. This district is currently planning to accommodate criminal jury trials that should occur between July and September 2021.

    The trial in this case was originally scheduled to occur on June 21, 2021. At the request of the defendant, the trial was postponed until July 12, 2021. Should the defendant wish to resolve the charges by entering a plea of guilty, it is anticipated that defense counsel will confer with the Government and arrange with the Court to enter a plea no later than three weeks before the date scheduled for trial. It is hereby

ORDERED that defense counsel shall advise the Court by **May 6, 2021** whether the defendant currently intends to proceed to trial.

Dated:   New York, New York
         April 14, 2021

                              _____
                                    DENISE COTE
                              United States District Judge