```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :
                                         :       20cr608 (DLC)
            -v-                          :
                                         :          ORDER
AQUILINO TORRES,                         :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On April 14, 2021, the trial in this case was set to begin on July 12. Jury trials are being conducted in compliance with the safety procedures implemented in this district. In order to comply with those safety procedures, jury trials require complex planning and coordination. Accordingly, counsel are advised to be prepared to proceed to trial as early as **July 6**, or on such date as the Clerk of Court assigns for the trial of this case. It is hereby

ORDERED that any Voir Dire requests, Requests to Charge, motions in limine, and trial memoranda are due by **June 15**. Any opposition shall be filed by **June 21**.

IT IS FURTHER ORDERED that a final pretrial conference will occur on **June 24** at **3 pm** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated: New York, New York
May 12, 2021

                                                               DENISE COTE
                                      United States District Judge