UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :        20cr608 (DLC)
            -v-                           :
                                          :        ORDER
AQUILINO TORRES,                          :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

On May 18, 2021, Aquilino Torres made an ex parte
application, pursuant to Rule 17, Fed. R. Crim. P., for the
issuance of a subpoena to Safe Horizon. The subpoena seeks,
without any temporal or subject matter limitation, "all
records," including "progress notes and status updates" and
"psychological, psychosocial, and/or psychiatric evaluations and
assessments," associated with an alleged victim in this case.

Rule 17 instructs that a "subpoena requiring the production
of personal or confidential information about a victim may be
served on a third party only by court order" and that "[b]efore
entering the order . . . the court must require giving notice to
the victim so that the victim can move to quash or modify the
subpoena or otherwise object." Fed. R. Crim. P. 17(c)(3).
While Torres claims that "[u]pon the issuance of the requested
subpoena," he "will provide a copy of the subpoena to the
alleged victim," he has not yet done so. Additionally, some of

the requested records may be protected by the psychotherapist-patient privilege.  See In re Sims, 534 F.3d 117, 131 (2d Cir. 2008) ("[C]onfidential communications between a licensed psychotherapist -- including a licensed social worker engaged in psychotherapy -- and his or her patients in the course of diagnosis or treatment are protected from compelled disclosure under [Fed. R. Evid. 501]."). Accordingly, it is hereby

ORDERED that the May 18 application is denied.

IT IS FURTHER ORDERED that Torres shall arrange to provide a copy of the proposed subpoena and this Order to the alleged victim.

IT IS FURTHER ORDERED that Torres, the alleged victim, and if necessary, the Government shall confer regarding the proposed subpoena.  Torres shall by **May 26th, 2021** at **2 pm** advise the Court whether he intends to renew his application for a subpoena.  If he intends to renew the application, Torres may include with the renewed application a proposal for in camera review of documents responsive to the subpoena or such other procedures as are appropriate in the circumstances to address any objections he has received from the alleged victim.

IT IS FURTHER ORDERED that if Torres renews the

application, the alleged victim shall have two business days

after the filing of Torres' renewed application to make any

objections to the subpoena.

Dated:     New York, New York
           May 19, 2021

                                        _____
                                             DENISE COTE
                                        United States District Judge