UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :    20cr608 (DLC)
            -v-                           :
                                          :    ORDER
AQUILINO TORRES,                          :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

Pursuant to a May 19, 2021 Order of this Court, Aquilino Torres renewed his request under Rule 17, Fed. R. Crim. P., for an ex parte subpoena to Safe Horizon that seeks certain records related to the alleged victim in this case. In his request, he noted that the alleged victim had raised several objections to the subpoena on the grounds of privilege, relevance, and improper disclosure of confidential information. On May 26, the Court issued a Sealed Order authorizing the subpoena under certain conditions.

The return date of the subpoena is June 1, 2021, and under the terms of the subpoena, the records must be produced to this Court for in camera review before they are released to Torres. Under Fed. R. Crim. P. 17, "[w]hen [subpoenaed] items arrive, the court may permit the parties and their attorneys to inspect all or part of them." Accordingly, it is hereby

ORDERED that, before the Safe Horizon records are produced to Torres, the alleged victim shall be given an opportunity to participate in an in camera review of the materials produced by Safe Horizon and inform the Court whether she objects to the production of any of the Safe Horizon documents. Counsel for the alleged victim shall contact the Deputy Clerk, Jared Whertvine, to schedule the in camera review contemplated by this Order.

IT IS FURTHER ORDERED that the Government shall serve the alleged victim with a copy of this Order.

Dated: New York, New York
May 27, 2021

 _____
DENISE COTE
United States District Judge