UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                :

UNITED STATES OF AMERICA,          :       20cr608 (DLC)
                                :

         -v-                  :        ORDER
                                :

AQUILINO TORRES,                :
                Defendant.   :

                                :
------------------------------------------X

DENISE COTE, District Judge:

Pursuant to the subpoena issued on May 26, 2021, the responsive documents are the be produced to Chambers no later than June 1, 2021.  Accordingly, it is hereby

ORDERED that counsel for Victim 1 shall appear in Courtroom 18B, 500 Pearl Street at 11:00 AM on June 2 for an in camera review of the materials.

IT IS FURTHER ORDERED that Victim 1 shall file their objections to the responsive materials no later than June 3, 2021.

Dated:    New York, New York
        May 28, 2021

                           _____
                           DENISE COTE
              United States District Judge