UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                                  :
UNITED STATES OF AMERICA       :
                                                  :     20cr608 (DLC)
          -v-                   :
                                                  :         ORDER
AQUILINO TORRES,                :
                                                  :
                      Defendant.    :
                                                  :
------------------------------------X

DENISE COTE, District Judge:

On May 12, the parties were advised to be prepared to proceed to trial as early as July 6. The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow criminal jury trials to proceed as safely as possible during the COVID-19 pandemic. On June 1, the Clerk's Office notified district judges of the dates on which jury selection could commence during the months of June through September 2021 in the reconfigured spaces. Accordingly, the parties are hereby

NOTIFIED that the trial in this action will commence with jury selection on **July 6.**

Dated:    New York, New York
          June 1, 2021

                                              DENISE COTE
                                    United States District Judge