UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :        20cr608 (DLC)
        -v-                            :
                                       :           ORDER
AQUILINO TORRES,                       :
                                       :
                    Defendant.         :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

On June 2, 2021, counsel for Victim-1 conducted the in camera review of the Safe Horizon materials described in the Court's May 28, 2021 Order. Victim-1's counsel has informed the Court that Victim-1 has no objection to the production of the Safe Horizon materials to the parties, save for the redaction of Victim-1's Social Security number and date of birth. Accordingly, it is hereby

ORDERED that the Safe Horizon records, with Victim-1's Social Security number and date of birth redacted, shall be produced to the parties. The Court shall contact the parties to schedule the production of the records.

Dated:    New York, New York
          June 3, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge