```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    20cr608 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
AQUILINO TORRES,                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On June 8, 2021, the Court received by mail the attached Business Record Certification covering the Safe Horizon documents that were produced to the parties on June 3. The parties are hereby

NOTIFIED that the original Business Record Certification has been mailed by this Court to Torres' counsel. A copy will be retained by this Court.

Dated:   New York, New York
         June 9, 2021

_____
          DENISE COTE
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

AQUILINO TORRES,

                  Defendant.
------------------------------------------------------------X

**BUSINESS RECORD CERTIFICATION**

I, Shanequa Anne Holiday, Senior Director of Parish House I and II at SAFE HORIZON, INC., do hereby certify the following:

1. I am the duly authorized custodian of the subpoenaed business records and have the authority to make this certification.
2. To the best of my knowledge, after reasonable inquiry, the records or copies provided to the Court on June 1, 2021 (Bates stamped SH-0001 to SH-0015) are accurate versions of the documents responsive to the Order for the Issuance an Ex Parte Subpoena Pursuant to Rule 17 (b) & (c) (the "Order") issued on May 26, 2021 in the above-referenced case that are in SAFE HORIZON, INC.'s possession, custody, or control.
3. To the best of my knowledge, after reasonable inquiry, the records or copies produced represent all of the documents responsive to the Order.
4. The records or copies produced were made by me or personnel acting under my authority, in the regular course of business, at the time of the transactions recorded therein, or within a reasonable time thereafter, and that it was the regular course of business to make such records.

Signature: _____
Name/Title: Shanequa Anne Holiday, MPA - Senior Director
Date: 6-3-21