```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    20cr608 (DLC)
                                        :
            -v-                         :    ORDER
                                        :
AQUILINO TORRES,                        :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On June 21, 2021, the defendant filed his opposition to the Government's motions in limine. The motions in limine turn on, in part, certain medical records and text messages related to an alleged victim in this case. Accordingly, it is hereby

ORDERED that the Government shall deliver to Chambers by **10 am** on **June 22, 2021** two copies of the medical records and text messages described in its June 15 motions in limine and the defendant's June 21 response.

Dated:   New York, New York
         June 21, 2021

```
                        _____
                             DENISE COTE
                        United States District Judge
```