```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :        20cr608 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
AQUILINO TORRES,                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On June 16, the Government made a disclosure to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963). The defendant filed a supplemental motion in limine on June 21. The final pretrial conference in this case is scheduled for June 24. Accordingly, it is hereby

ORDERED that the Government shall respond to the defendant's June 21 motion in limine by **June 23** at **10 am.**

Dated:   New York, New York
         June 21, 2021

_____
          DENISE COTE
United States District Judge