UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    20cr608 (DLC)
                                          :
              -v-                         :    ORDER
                                          :
AQUILINO TORRES,                          :
                      Defendant.          :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

The defendant has moved in limine to exclude photographs of injuries suffered by an alleged victim in this case. It is hereby

ORDERED that the defendant's motion to exclude the photographs is denied.

IT IS FURTHER ORDERED that the parties shall confer regarding which photographs of the alleged victim's injuries may be offered at trial. The parties shall be prepared to present to the Court at the final pretrial conference in this case any dispute regarding the admission of specific photographs.

Dated:   New York, New York
         June 23, 2021

                               _____
                                         DENISE COTE
                               United States District Judge