UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :        20cr608 (DLC)
                                         :
            -v-                          :            ORDER
                                         :
AQUILINO TORRES,                         :
                    Defendant.           :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

The Court held a final pretrial conference on June 24. It is hereby

ORDERED that the parties' motions in limine are resolved in the manner stated on the record at the June 24 conference.

IT IS FURTHER ORDERED that judgment is reserved on the admissibility of the alleged victim's excited utterances, the scope of any cross-examination on the defendant's prior arrests, and the admissibility of purported text messages from a co-conspirator to the alleged victim.

Dated:    New York, New York
          June 25, 2021

                          _____
                                    DENISE COTE
                          United States District Judge