UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                              :
UNITED STATES OF AMERICA,         :      20cr608 (DLC)
                                              :
             -v-                     :      ORDER
                                              :
AQUILINO TORRES,                  :
                 Defendant.   :
                                              :
----------------------------------------X

DENISE COTE, District Judge:

    It is hereby

    ORDERED that the trial in this matter shall begin on July 6, 2021 at 9:30 AM in Courtroom 26A, 500 Pearl Street, New York, NY 10007, and everyday thereafter at 9:00 AM until the verdict.

Dated:    New York, New York
          June 29, 2021

                                      DENISE COTE
                              United States District Judge