UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - v. - | : | 20 Cr. 608 (DLC) |
| AQUILINO TORRES, | : | <u>ORDER</u> |
| Defendant. | : | |

-------------------------------------------------------------x

Upon the request of defendant Aquilino Torres, by his counsel Jennifer L. Brown, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center – New York, and the United States Marshals Service accept the following clothing for Mr. Torres, Register Number 76472-054, to wear for appearances at his trial commencing on July 6, 2021 and continuing thereafter:

1. Three pairs of dress slacks;
2. Four button-down dress shirts;
3. One tie;
4. One belt;
5. One pair of shoes;
6. Five pairs of socks;
7. Five pairs of underwear;
8. Five undershirts.

Dated: New York, New York
       June 30, 2021

                                               **SO ORDERED:**

                                               _____
                                               **HONORABLE DENISE L. COTE**
                                               United States District Judge