```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :     20cr608 (DLC)
            -v-                           :
                                          :        ORDER
AQUILINO TORRES,                          :
                                          :
                       Defendant.         :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

It is hereby

ORDERED that, until the conclusion of trial in this matter, the United States Marshals Service is directed to permit counsel for the defendant to meet with the defendant in the Courtroom 26A holding cell following each day's proceedings.

Dated:   New York, New York
         July 7, 2021

_____
          DENISE COTE
United States District Judge