```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :
                                         :    20cr608 (DLC)
                -v-                      :
                                         :    ORDER
AQUILINO TORRES,                         :
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2021

DENISE COTE, District Judge:

It is hereby

ORDERED that the United States Marshals Service is directed to permit counsel for the defendant to meet with the defendant in any appropriate area of the courthouse until 6:30 pm today.

Dated:   New York, New York
         July 9, 2021

                              _____
                                   DENISE COTE
                              United States District Judge