```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA                  :
                                          :     20cr608 (DLC)
            -v-                           :
                                          :     ORDER
AQUILINO TORRES,                          :
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

The Court has learned that, after the jury delivered its verdict and was released, a paralegal associated with defense counsel attempted to question members of the jury regarding their verdict. The Second Circuit has held that "[p]ost-trial questioning of jurors must only be conducted under the strict supervision and control of the court," and that "at a minimum, notice to opposing counsel and the court should be given in all cases before engaging in any post-verdict inquiry of jurors." United States v. Schwarz, 283 F.3d 76, 98 (2d Cir. 2002) (citation omitted). Accordingly, it is hereby

ORDERED that the parties, their counsel, and their agents shall not contact the jurors in this case. If a party wishes to conduct post-verdict interviews of jurors, it must provide notice to opposing counsel and the Court and receive leave of

Court before doing so.

Dated: New York, New York
July 14, 2021

						_____
						DENISE COTE
						United States District Judge