UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA              :

    - v. -                                              :            20 Cr. 608 (DLC)

AQUILINO TORRES,                           :            <u>ORDER</u>

             Defendant.             :
-----------------------------------------------------------x

Upon the request of defendant Aquilino Torres, by his counsel Jennifer L. Brown, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn, and the United States Marshals Services allow Mr. Torres, Register Number 76472-054, to take his prescription eyeglasses into the jail, and for MDC – Brooklyn to accept them.

Dated: New York, New York
       October 15, 2021

                                        SO ORDERED:

                                        **HONORABLE DENISE L. COTE**
                                        United States District Judge